UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Brenner & Spiller
Brad J. Spiller, Esquire
175 Richey Avenue
West Collingswood, NJ  08107
(856) 963-5000

**Order Filed on May 18, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joseph L. Ragsdale

Case No.: 17-10254

Chapter: 13

Judge: JNP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 18, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Brad J. Spiller_____, the applicant, is allowed a fee of $ _____955_____ for services rendered and expenses in the amount of $_____40_____ for a total of $_____995_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____435_____ per month for _____33_____ months to allow for payment of the above fee.

*rev.8/1/15*