| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Brad J. Spiller, Esq.<br>BRENNER, BRENNER & SPILLER<br>175 Richey Avenue<br>Collingswood, NJ 08107<br>(856) 963-5000<br>Attorneys for Debtor | Order Filed on September 5,<br>2017 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
|---|---|
| In Re:<br>Joseph Ragsdale,<br><br>Debtors | Case No.: __17-10254__<br><br>Chapter: __13__<br><br>Judge: __JNP__ |

ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages two (2) and three (3) is hereby **ORDERED**.

**DATED: September 5, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on the debtor's Motion for Order Approving Loan Modification, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing there from for the entry of this order, it is hereby

**ORDERED** that the debtor be and hereby are allowed a loan modification for real property located at <u>1347 West Cornell Street, Vineland, NJ  08360</u> pursuant to the terms outlined in the debtor's certification in support of the loan modification motion; and it is further

**ORDERED** that debtor is authorized to pay the usual and necessary costs and expenses of the settlement; and it is further

**ORDERED** that the debtor shall:

\_\_\_\_ Satisfy all Plan obligations from financing proceeds

\_\_\_\_ Continue to make payments under the Plan as proposed or confirmed

\_X\_ Modify the Plan as follows: Remove M & T Bank from Plan, if applicable.

**ORDERED** that the Court hereby authorizes secured creditor and debtor to enter into a loan modification; and it is further

**ORDERED** that in the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, secured creditor shall amend the arrearage portion of its proof of claim to zero or withdraw the claim within thirty (30) days of completion of the loan modification; and it is further

**ORDERED** that the Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of loan modification and all money that would otherwise be paid to secured creditor, be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the secured creditor that the modification was not consummated; and it is further

**ORDERED** that in the event the modification is not consummated, the secured creditor shall notify the Trustee and debtor attorney of same. Any money that was held by the Trustee pending completion of the modification shall the be paid to secured creditor; and it is further

**ORDERED** that in the event the Proof of Claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan; and it is further

**ORDERED** that the debtor shall file an Amended Schedule J and Modified Plan (if applicable) within twenty (20) days of this Order; and it is further

**ORDERED** that Communication and/or negotiations between debtor and mortgagees/mortgage servicers about loan modification shall not be deemed as violation of the automatic stay; and any such communication or negotiation shall not be used by either party against the other in any subsequent litigation; and it is further

**ORDERED** that the debtor provide an executed copy of the Loan Agreement within ten (10) days of closing; and it is further

**ORDERED** that debtor counsel be allowed a legal fee of $_____500.00_____for representation in connection with this motion, which is to be paid (**choose one**):

_____at closing         ___X___through the plan         __ ___outside the plan;

and it is further

**ORDERED AND DECREED** that M & T Bank is hereby authorized and permitted to file and record with the appropriate Court Clerk's Office the Loan Modification Agreement and that such recording shall not be deemed a violation of 11 USC §362

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph L Ragsdale  
    Debtor

Case No. 17-10254-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Sep 08, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.  
db          +Joseph L Ragsdale,   1347 West Cornell Street,    Vineland, NJ 08360-2369

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:  
       Brad J. Spiller    on behalf of Debtor Joseph L Ragsdale bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
       Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                       TOTAL: 5