UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
Brenner, Spiller & Archer, LLP
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor(s)

In Re:

Joseph L. Ragsdale,

Debtor

**Order Filed on January 30, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-10254

Chapter: 13

Judge: JNP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 30, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 17-10254-JNP    Doc 53-1    Filed 01/30/18    Entered 01/30/18 08:46:27    Desc Main
Proposed Order    Page 1 of 2

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer_____, the applicant, is allowed a fee of $ _____800_____ for services rendered and expenses in the amount of $_____ for a total of $_____800_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____290_____ per month for _____25_____ months to allow for payment of the above fee.

*rev.8/1/15*

Case 17-10254-JNP    Doc 63-1    Filed 01/30/18    Entered 01/30/18 16:49:27    Desc Main
Proposed Order    Page 2 of 2