Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−10254−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph L Ragsdale
   1347 West Cornell Street
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−1659

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/1/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 1, 2018
JAN: cmf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 17-10254-JNP
Joseph L Ragsdale                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 2           Date Rcvd: Oct 01, 2018
                              Form ID: 148              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
db              +Joseph L Ragsdale,    1347 West Cornell Street,    Vineland, NJ 08360-2369
aty             +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
516581345       +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
516581347       +Citibank,   Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516581350       +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
516581352       +Mpma Inc,   1138 E Chesnut Ave Ste 7,    Vineland, NJ 08360-5053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 01:09:48     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 01:09:40     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm               E-mail/Text: camanagement@mtb.com Oct 02 2018 01:09:11     M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240-1288
516651920        EDI: RESURGENT.COM Oct 02 2018 04:38:00      CACH, LLC,    PO BOX 10587,
                 Greenville, SC 29603-0587
516581346       +EDI: CAPITALONE.COM Oct 02 2018 04:38:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516581349        EDI: IRS.COM Oct 02 2018 04:38:00      Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114
516581351        E-mail/Text: camanagement@mtb.com Oct 02 2018 01:09:11     M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
516633304        E-mail/Text: camanagement@mtb.com Oct 02 2018 01:09:11     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
516581353        EDI: PRA.COM Oct 02 2018 04:38:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
516808366        EDI: PRA.COM Oct 02 2018 04:38:00      Portfolio Recovery Associates, LLC,
                 c/o Children's Place,   POB 41067,    Norfolk VA 23541
516581355       +EDI: RESURGENT.COM Oct 02 2018 04:38:00      Square One Financial/Cach Llc,    4340 S Monaco St,
                 2nd Floor,   Denver, CO 80237-3485
                                                                                             TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516581348*      +Citibank,   Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516581354*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541)
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Joseph L Ragsdale aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Debtor Joseph L Ragsdale bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Oct 01, 2018
                               Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Brian C. Nicholas    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 8